# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:      JASMIN SABRINA WACKER                                          Chapter 13
                                                                   Case No.: 07-71753-FJS

           Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.   Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| JASMIN SABRINA WACKER<br>8852 PLYMOUTH ST<br>APT A<br>NORFOLK, VA 23503 | $125.00 |

Date: September 09, 2011                          /s/ Michael P. Cotter

                                                  Michael P. Cotter
                                                  Chapter 13 Standing Trustee
                                                  870 Greenbrier Circle, Suite 402
                                                  Chesapeake, VA  23320
                                                  (757) 961-3000